# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

FILED
5/24/2023
Date                                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Carron Anderson & Dorothy Morales

Plaintiff,

V.

HSBC Bank USA and HSBC Bank USA National Association

and HSBC Finance Corporation (collectively "HSBC Bank")

Defendant.

## COMPLAINT

Plaintiffs, Carron Anderson ("Anderson") and Dorothy Morales ("Morales"), on behalf of themselves as *Pro Se,* hereby files this Complaint against the Defendants  HSBC Bank USA, HSBC Bank USA National Association and HSBC Finance Corporation (collectively "HSBC Bank" or the "Bank"), and states as follows:

# JURISDICTION, VENUE AND DIVISIONAL ASSIGNMENT

**1.** This Court has jurisdiction over this matter pursuant to 28 U.S.C. SS 1331 and 1343. In addition, this Court has diversity jurisdiction pursuant to 28 U.S.C. S 1332 (d), as the amount in controversy exceeds $5,000,000. Both Plaintiff's are residents of Florida State. HSBC Bank USA is a state-charted bank and trust. HSBC Bank USA, National Association is an American subsidiary of multinational company of HSBC. Venue is proper in the United States District Court Middle District of Florida because a substantial part of the events or omissions giving rise to the claim occurred in this District, as the discriminatory policies emanated and were executed from HSBC Bank occurred in the county of Orlando where we the Plaintiff's were purchasing 2 new homes.

**2.** Both we the Plaintiffs' Anderson and Morales are Black African American citizens of the State of Florida.

**3.** Both we the Plaintiff's applied for a home mortgage with HSBC Bank for two homes in the Wedge field/Rocket City Orlando rural area within Orange County.

4. We the Plaintiffs, *Pro Se* brings this action against HSBC BANK USA ( "HSBC" or the "Bank") under the fair housing Act ("FHA"), 42 U.S.C. SS 3601-3619, and the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. SS1691-16911f.

5. The FHA and ECOA prohibits creditors, such as banks, from discriminating in home loans or other residential credit transactions on the basis of race, color, national origin, and other characteristics.

6. "Redlining" is one type of discrimination prohibited under the FHA and ECOA and ECOA's implementing regulation, known as "Regulation B," 24 C.F.C. pt. 100,12 C.F.R. pt. 1002. Redlining occurs when lenders deny or discourage applications or avoid providing loans and other credit services in neighborhoods based on the race, color, or national origin of the residents of those neighborhoods in which HSBC Bank has engaged in.

2

## **FACTUAL ALLEGATIONS**

**7.** Both we the Plaintiffs' Anderson and Morales as described below, applied for a home mortgage on two occasions and was APPROVED and was subjected to racial discrimination in HSBC's mortgage lending process.

8. From Febuary 2021 through at least June 2021 (the "Relevant' Time Period"), HSBC Bank engaged in a practice of unlawful redlining. As alleged in detail herein the Bank avoided providing us the Plaintiffs a home loan and mortgage services within a community in the Wedgefield Rocket City acreage rural section of Orlando which comprised of about 9.8% Blacks in the relevant time period.

9. Further, during the relevant time period, the Bank's internal fair-lending oversight, policies and procedures were inadequate to ensure that the Bank provided us the Plaintiffs who are considered Black equal access to credit in a majority white neighborhood.

10. We the Plaintiffs entered an *EXECUTED* Residential Contract for Sale and Purchase on 03/16/21 for Property address: 19549 Mardi Gras Street, Orlando Fl 32833.

11. We the Plaintiffs were preapproved by HSBC and began the mortgage process right away on or about March 12, 2021 submitting the Uniform Residential Loan Application on or about 03/18/2021.

12. Our (the Plaintiffs) credit score range between all 3 credit bureaus between mid-700s and up.

13. Our combined income was deemed sufficient by HSBC Bank to purchase.

14. We the Plaintiffs were putting a down payment of **over $100,000.00** when HSBC ask us to put down more money when they address debt to loan ratio.

15. Once the mortgage process began, we participated in a grueling process of submitting numerous paperwork sometimes the same information asks in different ways for over two months until May 2021.

16. We the Plaintiffs were given by HSBC Bank numerous Letter of Commitment and Loan estimates.

17. On March 22,2021 we the plaintiffs received from HSBC Bank a Loan estimate and lock in agreement.

18. On March 26, 2021 we the plaintiffs received from HSBC Bank a Letter of Commitment.

19. On March 29, 2021 we the plaintiffs received from HSBC Bank another Letter of Commitment.

20. On April 22, 2021 we the plaintiffs received a Counteroffer Notice from HSBC Bank.

21 On May 05, 2021 we the plaintiff received another Letter of Commitment from HSBC Bank.

22 On May 18, 2021 we the plaintiff received another Letter of Commitment AND **CLOSING DISCLOSURES, LOCK IN AGREEMENT RECEIVED from HSBC Bank.**

23 We the plaintiff went through a grueling process of request from HSBC Bank who sometimes requested the same information twice.

24 We the plaintiff fulfilled all of HSBC request during the loan process.

25 After all request were completed by us the plaintiff HSBC engaged in an illegal process of stirring.

26 HSBC Bank began to ask Plaintiff Carron Anderson how was she going to commute to work from the new residence and ask her to write such statements.

27 HSBC Bank then started to ask for statements about Plaintiff Carron Anderson residing South from the new residence near her job so she can go to work. Stirring Plaintiff from purchasing in the Wedge field rural area of Orange County.

28 HSBC Bank then request Plaintiff Carron to get a letter from her employer stating she can live in the Wedge field area and still work at her place of employment which was located in a prominently black neighborhood.

29  Plaintiff Carron Anderson requested such a letter from her employer who stated by law they can not give such a letter as it was against the law to tell employees where they can and can not live.  Plaintiff Carron informed HSBC of this in writing.

30  HSBC Bank Loan Processor Mark Fairall emailed us the plaintiff and stated as a last condition we the plaintiffs MUST wire our $5,000.00 good faith deposit to the title Company and send him proof of the wire so we can close.  As such we did.

31  On May 18, 2021 at 4:10pm Senior Loan Processor Mark Fairall emailed us the plaintiffs stating:

"Thank you for all your patience. At this time, we are waiting for the preliminary CD to be generated. Once this is generated you it has to be viewed and signed by Carron and Dorothy. We have the clear to close as of right now, but we need this signed first. Once this is signed my closing teammate will be working with Erin to set up the official closing date.

Thank you,

Mark Fairall
Senior Loan Processor, Mortgage Processing (NMLS 2095759)
Retail Banking and Wealth Management | HSBC Bank USA NA
1421 W. Shure Dr, Arlington Heights, IL 60004"

32  HSBC Bank  set closing for May 21, 2021 we the plaintiff were approved for our mortgage loan with a fixed interest rate of 3.125.

33  On May 20, 2021, we the plaintiffs receive a call from a Barbara with HSBC Bank 561-704-2851 who stated a man name Roger from HSBC will be coming out to our current home for Closing at 8am on 05/21/2021.

34  **On May 21, 2021 8:00AM THERE WAS NO CLOSING AND NO RESPONSE BY HSBC AS TO WHY THEY WAS A NO SHOW.**

35  **On May 21, 2021 at 2:37pm the date of closing** HSBC Senior Loan Processor Mark Fairall sent an email to Title Company Erin Sherman stating HSBC will not be moving forward with closing and gave no reason as to why.

36  As per HSBC Bank  policy on their Commitment Letter Page 2 of 5 Under Important Disclosures:

5

**"PLEASE NOTE, THIS AGREEMENT CANNOT BE CHANGED VERBALLY"**

**37** We the Plaintiffs  (buyers) signed a legal and binding real estate contract and if loan is not approved, we have to provide the Seller with reason.  We expressed this to HSBC. They refused to give a decline letter the day of closing with the EXACT reason.

**38** We the Plaintiff requested the reason for denying us a mortgage from HSBC Bank There was no decline letter with reason via docu sign sent to us on March 21, 2021 the day of Closing.

**39** On May 24, 2021 We the Plaintiff again requested in writing a reason why our loan was denied and why HSBC was not present for closing.

**40** HSBC is LIABLE FOR NEGLECT OF DUTY, Negligent mortgage practice, breach of contract AND MISLEADING US the CONSUMER as they told us continuously to sign an extension addendum for CLOSING.

**41** HSBC has **discriminated** against us as we believe they practice in stirring and trying to find reason to deny based on race.

**42** HSBC has neglected their duty and is LIABLE as they **informed** us the consumer that we were in fact Approved when emailing us stating **We are cleared to close.**

**43** HSBC has neglected their duty and is LIABLE as they informed us the plaintiffs  that our last condition to meet was to deposit and show proof of wire of our good faith deposit of $5000.00 to the title Company then we were going to close. When we the plaintiff did so, HSBC Bank gaved the  clear to close and CLOSING was set for May 21, 2021 in which they were a no show and we the plaintiff lost our good faith deposit.

**44** HSBC has neglected their duty by emailing  a" Notice of Action Taken" on Monday May 24, 2021 after numerous requests for a reason why we were not moving forward with closing.

---

6

45  HSBC is Liable and neglect of duty as we applied for a different mortgage loan (PRIOR to the one above) under loan number **4722071278 and HSBC continuously under this Loan number delayed the loan process because of their own internal issues and caused us to loss money invested in loan fees and inspection report etc. We also believe this was racially motivated and we were treated differently than other white consumers.**

46  **HSBC is Liable and neglect duty** because under this loan the assigned loan processor Brenda Carmichael went **MIA** the day of the deadline for mortgage approval and refused to get back to us the client in a timely manner on the date the mortgage contingency expired in the Contract.

47  **HSBC is Liable and neglect of duty** when this loan processor Brenda Carmichael dropped the bomb on our case file and expressed to her job HSBC that she was overworked and could not handle her case load as told by HSBC Bank representative Christal Nuness to us.  She did not timely process our paperwork.

48  **HSBC is Liable and neglected duty** as HSBC Bank representative Christal Nuness under this first loan went on a hunt for Brenda Carmichael to respond to us telling her time is of the essence but to no avail she never responded.

49  **Again HSBC refused to process our loan when we were qualified to purchase this first home and was given a letter of commitment many times. We believe we were treated differently because of Our race in the treatment we received.**

50  HSBC Bank has shown a pattern and practice of discrimination and denial of rights in both loan applications against us the plaintiffs.

51  HSBC Bank has demonstrated a pattern and practice of resistance to the full enjoyment of rights secured by the Fair Housing Act, 42 U.S.C. s 3614(a), and the Equal Credit Opportunity Act, 15 U.S.C. s 1691e(h); and

52  Unlawful discrimination and a denial of rights granted by the Fair Housing Act to a group of persons that raises an issue of general public importance within the meaning of 42 U. S.C. s 3614(a).

53  The discriminatory policies and practices of the defendant HSBC BANK have been intentional and willful and implemented with disregard for the rights of we the plaintiffs based on our race, color and national origin.

54  We the Plaintiffs have suffered emotional distress as we qualified for a low interest rate due to the market condition at that time and Pandemic which is rare to come across.

**55** We the Plaintiff have suffered emotional and financial distress as we lost money investing in the above two transactions financially and the lost of two homes that value has tripled in today's present market. Causing us to suffer the lost and enjoyment of these benefits.

## REQUEST FOR RELIEF

WHEREFORE, We the Plaintiffs prays that the Court enter an order that:

(1) Declares that the conduct of HSBC Bank USA violates the Fair Housing Act;
(2) Declares that the conduct of HSBC Bank USA violates the Equal Credit Opportunity Act;
(3) Enjoins Defendant, its agents, employees, and successors, and all other persons in active concert or participation with Defendant, from;
    a. Discriminating on account of race, color, or national origin;
    b. Failing or refusing to take such affirmative steps as may be necessary to prevent recurrence of any discriminatory conduct in the future and to eliminate, to the extent practicable, the effects of Defendant's unlawful practices and providing policies and procedures to ensure all segments of Defendant's market areas are served without regard to prohibited characteristics.

(4) Award monetary damages against Defendant in accordance with 42 U.S.C. s 3614(d)(1)(B) and 15 U.S.C. & 1691e(h).
(5) Award Plaintiffs with reimbursement of all monies lost in these two transactions.
(6) Asses a civil penalty against Defendant in an amount authorized by 42 U.S.C. & 3614(d)(1)©, in order to vindicate the public interest; and
(7) Awards the Plaintiff any additional relief the interests of justice may require.
(8) Award Plaintiffs with reimbursement of all attorney fees and court cost.
(9) Plaintiff request an Award in excess of six million dollars for damages.
10 Plaintiffs reserves their right to add a claim of punitive damages after discovery is made.
11 Plaintiff reserves the right to Amend this Initial Complaint if necessary or if and when obtain legal counsel.
12 Plaintiffs request trial by jury in this action on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 24, 2023

Respectfully Submitted,

Carron Anderson

PO Box 995, Loxahatchee, FL 33470
561-914-8933

Dorothy Morales

PO Box 995, Loxahatchee, Fl 33470
561-914-8933

## Certificate of Service

We hereby certify that a Copy of this Initial Complaint have been sent to HSBC Corporation registered agent in the State of Florida via certificate of mailing through the United States Postal Service at CT Corporation System 1200 South Pine Island Road Plantation, Fl 33324.