UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-00880-WWB-EJK

CARRON ANDERSON and
DOROTHY MORALES,

    Plaintiffs

v.

HSBC BANK USA and HSBC BANK
USA NATIONAL ASSOCIATION and
HSBC FINANCE CORPORATION
(collectively "HSBC BANK")

    Defendants
_____/

## JOINT NOTICE OF ANTICIPATED SETTLEMENT

    Plaintiffs Carron Anderson and Dorothy Morales and all of the Defendants named in the complaint submit this Joint Notice of Anticipated Settlement and state that Parties have reached a settlement in principal with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution, the parties will file the appropriate dismissal documents with the Court.

    *[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)*

DATED:  July 10, 2023

*/s/ Carron Anderson*
Carron Anderson
**PRO-SE PLAINTIFF**


*/s/ Dorothy Morales*
Dorothy Morales
**PRO-SE PLAINTIFF**


*/s/ Joshua C. Prever*
**JOSHUA C. PREVER**
Florida Bar No. 10134
Email:  Joshua.prever@hklaw.com
HOLLAND & KNIGHT, LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Phone:  954-468-7826
**COUNSEL FOR DEFENDANTS**