UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-CV-00880-WWB-EJK

CARRON ANDERSON AND DOROTHY MORALES,

    Plaintiffs,

v.

HSBC BANK USA AND HSBC BANK USA NATIONAL ASSOCIATION AND HSBC FINANCE CORPORATION (COLLECTIVELY "HSBC BANK"),

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT AND NOTICE OF WITHDRAWAL OF ALL PENDING MOTIONS

Plaintiffs Carron Anderson and Dorothy Morales and Defendants HSBC Bank USA, N.A. also referred to as HSBC Bank USA and HSBC Finance Corporation (collectively "HSBC") submit this Notice of Settlement and Notice of Withdrawal of all Pending Motions. In support of this notice, the parties state that they have reached a full and complete settlement with regard to this case, and have fully agreed to the language contained in a formal written settlement agreement which the parties have now executed.

In light of the parties' settlement, Plaintiffs respectfully withdraw their: 1) Motion to Reopen Case filed August 4, 2023 [DE 14]; 2) Motion to Strike Defendants' Motion to Enforce Settlement Agreement and for Attorneys' Fees filed on August 9, 2023 [DE 17]; and 3) Motion to Sanction Defendants for Cost, Fees and Expenses for Misrepresentation and Fraud on the Court for Filing an Unsupported Motion to "Enforce a Settlement Agreement" that is Non-Existent filed on August 9, 2023 [DE 18] and Defendants likewise withdraw their: 1) Motion to Enforce Settlement Agreement and for Attorney's Fees in Response to Plaintiffs' Motion to Reopen Case filed August 7, 2023 [DE 16]; 2) Defendant's Response in Opposition to Plaintiffs' Motion to Strike Defendants' Motion to Enforce Settlement Agreement and for Attorneys' Fees filed on August 22, 2023 [DE 22]; and 3) Defendants' Response in Opposition to Plaintiffs' Motion to Sanction Defendants filed on August 22, 2023 [DE 23]. The parties further agree to withdraw any other pending motions, responses and replies to same from all parties.

/

/

/

Dated: September 14, 2023

*/s/ Carron Anderson*
Carron Anderson
**PRO-SE PLAINTIFF**
PO Box 995
Loxahatchee, FL 33470
Semanthalelle@msn.com

*/s/ Dorothy Morales*
Dorothy Morales
**PRO-SE PLAINTIFF**
PO Box 995
Loxahatchee Fl 33470
Semanthalelle@msn.com

*/s/ Joshua C. Prever*
**JOSHUA C. PREVER**
Florida Bar No. 10134
Email: Joshua.prever@hklaw.com
HOLLAND & KNIGHT, LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Phone: 954-468-7826
**COUNSEL FOR DEFENDANTS**